IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:16-CV-134-BO

NATALIE D. BARAN, )
)
)
Plaintiff, )
)
v. ) ORDER APPROVING PLAINTIFF'S
) MOTION FOR ATTORNEY'S FEE
Nancy A. Berryhill, ) PURSUANT TO 42 USC §406(b)
Acting Commissioner )
Of Social Security )
)
Defendant. )

Upon consideration of the Motion of Laurie Janus, Esq., attorney for Natalie Baran, Plaintiff in the above-captioned matter, and having considered any and all objections to said Motion, it is hereby

ORDERED that an attorney's fee in the amount of $18,000.00 [TWB] ~~$26,530.50~~ is approved pursuant to 42 USC §406(b) for services rendered before this Court by Laurie Janus on behalf of Natalie Baran; and

ORDERED that a copy of this Order be provided to the Social Security Administration for purposes of effectuating payment of the fee from whatever past due benefits have been withheld for such purpose under Title II and Title XVI of the Social Security Act.

This __29__ day of January 2019.

_____
Terrence W. Boyle
CHIEF UNITED STATES DISTRICT JUDGE